```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 09015
   RICHARD SOTELO
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-4304

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/14/08 .

   2.  The case was dismissed without confirmation, 06/20/2008.

------------------------------------------------------------------------------
CREDITOR NAME                CLASS        CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00         .00          .00           .00
PRINCIPAL PAID         .00          .00         .00          .00           .00
INTEREST PAID          .00          .00         .00          .00           .00
TOTAL PAID             .00          .00         .00          .00           .00
The Debtor's attorney, PRO SE DEBTOR              , was allowed $          .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $         .00 .




    Dated: 09/10/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 09015 RICHARD SOTELO
```